ALAN F. BROIDY, State Bar #89430
LAW OFFICES OF ALAN F. BROIDY, APC
1925 Century Park East
Seventeenth Floor
Los Angeles, California 90067
Telephone: (310) 286-6601
Facsimile: (310) 286-6610

Attorneys for Appellant

FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2007

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) District Court Case No. CV 07-2324-DDP |
| | ) |
| BRUCE G. FAGEL, a law corporation, | ) Bankruptcy Court Case Nos.: |
| | ) |
| Debtor. | ) BK. NO. LA 99-16480-SB |
| In re | ) BK. NO. LA 99-16481-SB |
| | ) |
| BRUCE G. FAGEL, | ) Adversary Case No.: |
| | ) |
| Debtor. | ) ADV LA 01-01710-SB |
| RUBY MORALES, a minor and incompetent, by and through her Guardian ad Litem, Denielle Morales, | ) **AMENDED STIPULATION REGARDING CONSOLIDATING RELATED APPEALS, ESTABLISHING BRIEFING SCHEDULE AND EXTENDING TIME TO FILE APPELLANT'S OPENING BRIEF; AND ORDER THEREON** |
| Appellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRUCE G. FAGEL, a law corporation; and BRUCE G. FAGEL, individually, | ) |
| | ) |
| Appellees. | ) |

///

///

///

DOCKETED ON CM

AUG 31 2007

BY _____ 009

PRINTED ON
RECYCLED PAPER

P313_V2

AMENDED STIPULATION RE CONSOLIDATING RELATED APPEALS, ETC.

1   Ruby Morales, a minor and incompetent, by and through her guardian *ad litem* Denielle

2   Morales ("Appellant" or "Cross-Appellee"), and Bruce G Fagel, a law corporation, and Bruce G.

3   Fagel, individually (collectively "Appellees" or "Cross-Appellants"), by and through their counsel of

4   record, hereby file this *Amended Stipulation Regarding Consolidating Related Appeals, Establish*

5   *Briefing Schedule and Extending Time to File Appellant's Opening Brief* (the "Amended

6   Stipulation") and state and agree as follows:

7                                      **RECITALS**

8       1.      Appellees were the named debtors in two related bankruptcy cases in the United

9   States Bankruptcy Court, Central District of California, Los Angeles Division, Bk Nos. LA-99-16480-

10  SB and LA-99-16481-SB, respectively (the "Bankruptcy Cases").

11      2.      In connection with the Bankruptcy Cases, Appellant filed an adversary proceeding

12  against Appellees, Adv. No. 01-01710-SB, (the "Adversary Proceeding"), and Judgment

13  ("Judgment") was entered in favor of Appellant and against Appellees.

14      3.      Appellant filed a Notice of Appeal with respect to the Judgment, and Appellees filed

15  a Joint Cross-Appeal of the Judgment ("Joint Cross-Appeal").

16      4.      The instant appeal is the third time that this Court will be considering on appeal

17  issues surrounding the entry of judgments and orders in the Adversary Proceeding.  Subsequent

18  to the filing of the Joint Cross-Appeal, other matters affecting the rights and remedies of Appellant

19  and Appellees have been adjudicated in the Adversary Proceeding.

20      5.      On July 25, 2007, that *Order Denying Defendants' Motion for Order (1) Enforcing*

21  *Stipulated Order and (2) Requiring Plaintiff and Her Transferees to Disgorge "Excess Payment"*

22  *Pursuant to Stipulated Order* (the "Enforcement Denial Order") was entered in the Adversary

23  Proceeding.  Appellees timely filed a Notice of Appeal with respect to the Enforcement Denial

24  Order, a true and correct copy of which Notice of Appeal, including the Enforcement Denial Order,

is attached hereto as Exhibit 1.

6.      On August 14, 2007, the Order re Motion for Entry of Costs ("Cost Order") was entered in the Adversary Proceeding, and in the original Stipulation that was submitted on August 21, 2007, Appellees indicated that they intended to appeal the Cost Order.

7.      Appellees subsequently indicated that they now do not intend to appeal the Cost Order, a decision which affects, among other things, the briefing schedule that was proposed in the original Stipulation.

8.      Appellant and Appellees desire to execute this Amended Stipulation to consolidate the existing appeal with the related appeal of the Enforcement Denial Order.  The issues surrounding the appellate review of the Judgment and the Enforcement Denial Order all arise out of the same set of facts and circumstances.  Not only will consolidation save time and expense for Appellant and Appellees, but, moreover, there will be judicial economy to enable the Court to consider and review at one (and hopefully last) time all matters related to the Judgment.

9.      Appellant's Opening Brief ("AOB") is currently due on August 23, 2007.  To maintain all appeals on one orderly briefing schedule, Appellant and Appellee request that the due date for the AOB be set for the later of (i) thirty (30) days after the date of the transmission of the record to the District Court regarding the last appeal of Appellee, *i.e.*, the appeal of the Enforcement Denial Order, or (ii) October 22, 2007.

10.     Appellant and Appellees further request that the remainder of the briefing schedule would follow the filing of the AOB as follows:

    A.      Within 30 days of the filing of the AOB, Appellees will file their Opposition Brief to the AOB and will file their own opening briefs with respect to the Joint Cross Appeal, and the Enforcement Denial Order.

PRINTED ON
RECYCLED PAPER

JOINT MOTION TO CONSOLIDATE RELATED APPEALS AND TO PROPOSE BRIEFING SCHEDULE, ETC.

- 3 -

B      Within 30 days of the filing of Appellees' Opposition Brief and their Opening

Briefs, Appellant will file Opposition Briefs to the Joint Cross Appeal and to

the appeal of the Enforcement Denial Order and Appellant will also file any

Reply Brief to Appellees' Opposition to the AOB.

C.     Within 30 days of Appellant filing opposing briefs to the Joint Cross Appeal

and the Enforcement Denial Order Appellees will file any Reply Brief to such

opposing briefs.

11.    This ~~Amended~~ Stipulation shall be deemed to be executed as of August 28, 2007.

12.    This ~~amended~~ Stipulation may be executed in counterparts, all of which will be

deemed to be one instrument.

Dated. August 28, 2007                    **LAW OFFICES OF ALAN F. BROIDY, APC**

By: _Alan F. Broidy_
ALAN F. BROIDY
Attorneys for Appellant

Dated: August 28, 2007                    **BRUCE G. FAGEL AND LAW OFFICES OF**
**BRUCE G. FAGEL, A LAW CORPORATION**

By: _Richard Akemon_
RICHARD AKEMON
Attorneys for Appellees and Cross-
Appellants

**ORDER**

**IT IS SO ORDERED.**

Dated· _8-29-07_                          _Dean D. Pregerson_
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION TO CONSOLIDATE RELATED APPEALS AND TO PROPOSE BRIEFING SCHEDULE, ETC.

-4-

SCANNED

JOSEPH A. EISENBERG P.C. (SBN 52346)
THOMAS M. GEHER (SBN 130588)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080/Facsimile: (310) 203-0567
Attorneys for Appellant Bruce G. Fagel, a Law Corporation

THOMAS S. ALCH (SBN 136860)
RICHARD AKEMON (SBN 53057)
LAW OFFICES OF BRUCE G. FAGEL
100 North Crescent Drive, Suite 360
Beverly Hills, California 90210
Telephone: (310) 281-8700/Facsimile: (310) 281-5656
Attorneys for Appellants Bruce G. Fagel and Bruce G. Fagel, a Law Corporation

DANIEL U. SMITH, ESQ. (SBN 43100)
Post Office Box 278
Kentfield, California 94914
Telephone: (415) 461-5630
Attorneys for Appellants Bruce G. Fagel and Bruce G. Fagel, a Law Corporation

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BRUCE G. FAGEL,<br><br>_____ Debtor. _____ | **Case No. LA 99-16480 SB**<br>**Case No. LA 99-16481 SB**<br><br>**Adv. No. LA 01-01710-SB** |
| In re<br><br>BRUCE G. FAGEL, A Law Corporation,<br><br>_____ Debtor. _____ | **Chapter 11** |
| RUBY MORALES, a minor and incompetent, by and through her Guardian ad Litem Denielle Morales,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE G. FAGEL and BRUCE G. FAGEL, a Law Corporation,<br><br>Defendants. | **NOTICE OF APPEAL OF *ORDER DENYING DEFENDANTS' MOTION FOR ORDER (1) ENFORCING STIPULATED ORDER; AND (2) REQUIRING PLAINTIFF AND HER TRANSFEREES TO DISGORGE "EXCESS PAYMENT" PURSUANT TO STIPULATED ORDER***<br><br>**[NO HEARING REQUIRED]** |

Fagel_P308

5

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2     Notice is hereby given that Bruce G. Fagel, a Law Corporation, and Bruce G. Fagel

3  (collectively, "Appellants"), hereby appeal to the United States District Court for the Central

4  District of California, pursuant to 28 U.S.C. §158(a), from that *Order Denying Defendants'*

5  *Motion For Order (1) Enforcing Stipulated Order; and (2) Requiring Plaintiff and Her*

6  *Transferees to Disgorge "Excess Payment" Pursuant to Stipulated Order* (the "Order") entered

7  by the United States Bankruptcy Court for the Central District of California on July 25, 2007.  A

8  true and correct copy of the Order is annexed hereto as Exhibit "A".

9     The parties to the Order appealed from and the names, addresses and telephone

10 numbers of their respective attorneys are as follows:

11

12 **Appellant Bruce G. Fagel, A Law Corporation**

13 JOSEPH A. EISENBERG P.C. (SBN 52346)
   THOMAS M. GEHER (SBN 130588)

14 JEFFER, MANGELS, BUTLER & MARMARO LLP
   1900 Avenue of the Stars, 7th Floor

15 Los Angeles, California 90067
   Telephone:  (310) 203-8080

16 Facsimile:  (310) 785-5357

17

18 THOMAS S. ALCH (SBN 136860)
   RICHARD AKEMON (SBN 53057)

19 LAW OFFICES OF BRUCE G. FAGEL
   100 North Crescent Drive, Suite 360

20 Beverly Hills, California 90210
   Telephone:  (310) 281-8700

21 Facsimile:  (310) 281-5656

22

23 DANIEL U. SMITH, ESQ. (SBN 43100)
   Post Office Box 278

24 Kentfield, California 94914
   Telephone: (415) 461-5630

25

26

27

28

2

6

1

**Appellant Bruce G. Fagel**

2

3

THOMAS S. ALCH (SBN 136860)
RICHARD AKEMON (SBN 53057)
LAW OFFICES OF BRUCE G. FAGEL
100 North Crescent Drive, Suite 360
Beverly Hills, California 90210
Telephone: (310) 281-8700
Facsimile: (310) 281-5656

4

5

6

7

DANIEL U. SMITH, ESQ. (SBN 43100)
Post Office Box 278
Kentfield, California 94914
Telephone: (415) 461-5630

8

9

10

**Appellee Ruby Morales**

11

12

ALAN F. BROIDY (SBN 89430)
LAW OFFICES OF ALAN F. BROIDY, APC
1925 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: (310) 286-6601
Facsimile: (310) 286-6610

13

14

15

DAVID G. RONQUILLO (SBN 67318)
LAW OFFICES OF DAVID G. RONQUILLO
331 West Fourth Avenue
Escondido, California 92025
Telephone: (760) 737-7474

16

17

18

19

**Appellee Union Bank of California, Trustee of the**
**Ruby Morales Second Qualified Settlement Fund Trust**

20

21

CHARLES R. GREBING (SBN 47927)
WINGERT GREBING BRUBAKER & GOODWIN LLP
One America Plaza, Seventh Floor
600 West Broadway
San Diego, California 92101
Telephone: (619) 232-8151
Facsimile: (619) 232-4665

22

23

24

25

26

**Robert and Denielle Morales**
40128 Odessa Drive
Temecula, California 92591
Telephone and Facsimile are unknown

27

28

3

7

1   **William G. Wilson**
    P.O. Box 17704
2   Beverly Hills, California 90209
    Telephone: (310) 903-3838
3   Facsimile: (213) 243-2539

4

5   **Ronquillo & Orderica and Ronquillo & Corrales, L.L.P.**
    DAVID G. RONQUILLO (SBN 67318)
6   LAW OFFICES OF DAVID G. RONQUILLO
    331 West Fourth Avenue
7   Escondido, California 92025
    Telephone: (760) 737-7474
8

9

10  Dated: July 31, 2007                    JEFFER, MANGELS, BUTLER & MARMARO LLP

11

12                                          By: _____
                                                Joseph A. Eisenberg P.C.
13                                              Attorneys for Appellant,
                                                Bruce G. Fagel, a Law Corporation
14

15

16  Dated: July ___, 2007                   LAW OFFICES OF BRUCE G. FAGEL

17

18                                          By: _____
                                                Richard Akemon
19                                              Attorneys for Appellants,
                                                Bruce G. Fagel and Bruce G. Fagel,
20                                              a Law Corporation

21

22  Dated: July ___, 2007                   LAW OFFICES OF DANIEL U. SMITH

23

24

25                                          By: _____
                                                Daniel U. Smith
26                                              Attorneys for Appellants,
                                                Bruce G. Fagel and Bruce G. Fagel,
27                                              a Law Corporation

28

8

1  **William G. Wilson**
   P.O. Box 17704
2  Beverly Hills, California 90209
   Telephone: (310) 903-3838
3  Facsimile: (213) 243-2539

4

5  **Ronquillo & Orderica and Ronquillo & Corrales, L.L.P.**
   DAVID G. RONQUILLO (SBN 67318)
6  LAW OFFICES OF DAVID G. RONQUILLO
   331 West Fourth Avenue
7  Escondido, California 92025
   Telephone: (760) 737-7474
8

9

10  Dated: July ___, 2007              JEFFER, MANGELS, BUTLER & MARMARO LLP

11

12                                     By:_____

13                                         Joseph A. Eisenberg P.C.
                                           Attorneys for Appellant,
14                                         Bruce G. Fagel, a Law Corporation

15
    Dated: July 16 2007                LAW OFFICES OF BRUCE G. FAGEL
16

17

18                                     By:_____

19                                         Richard Akernon
                                           Attorneys for Appellants,
20                                         Bruce G. Fagel and Bruce G. Fagel,
                                           a Law Corporation

21

22  Dated: July ___, 2007              LAW OFFICES OF DANIEL U. SMITH

23

24

25                                     By:_____
                                           Daniel U. Smith
26                                         Attorneys for Appellants,
                                           Bruce G. Fagel and Bruce G. Fagel,
27                                         a Law Corporation

28

                                       4

1   **William G. Wilson**
    P.O. Box 17704
2   Beverly Hills, California 90209
    Telephone: (310) 903-3838
3   Facsimile: (213) 243-2539

4

5   **Ronquillo & Orderica and Ronquillo & Corrales, L.L.P.**
    DAVID G. RONQUILLO (SBN 67318)
6   LAW OFFICES OF DAVID G. RONQUILLO
    331 West Fourth Avenue
7   Escondido, California 92025
    Telephone: (760) 737-7474
8

9

10  Dated: July ___, 2007                    JEFFER, MANGELS, BUTLER & MARMARO LLP

11

12                                  By:_____
13                                      Joseph A. Eisenberg P.C.
                                        Attorneys for Appellant,
14                                      Bruce G. Fagel, a Law Corporation

15

16  Dated: July ___, 2007                    LAW OFFICES OF BRUCE G. FAGEL

17

18                                  By:_____
19                                      Richard Akemon
                                        Attorneys for Appellants,
20                                      Bruce G. Fagel and Bruce G. Fagel,
                                        a Law Corporation

21

22  Dated: July ___, 2007                    LAW OFFICES OF DANIEL U. SMITH
23

24

25                                  By:_____
                                        Daniel U. Smith
26                                      Attorneys for Appellants,
                                        Bruce G. Fagel and Bruce G. Fagel,
27                                      a Law Corporation

28

4

10

# EXHIBIT A



**ORIGINAL**

1 David G. Ronquillo, Esq., SBN 67318
  Manuel Corrales, Jr., Esq., SBN 117647
2 RONQUILLO & CORRALES, L.L.P.
  3535 Fourth Avenue
3 San Diego, CA 92103
  Telephone. (619)  294-7474
4 Facsimile:  (619)  294-2957

5 Alan F. Broidy, Esq., SBN 89430
  LAW OFFICES OF ALAN F. BROIDY, APC
6 1925 Century Park East, 17th Floor
  Los Angeles, CA 90067
7 Telephone:  (310) 286-6601
  Facsimile:  (310) 286-6610

8
  Attorneys for Plaintiff RUBY MORALES
9





**LODGED**

10
11              IN THE UNITED STATES BANKRUPTCY COURT

12          CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

13 In re                              ) BK. NO. LA-99-164 80-SB
                                      ) BK. NO. LA-99-15481-SB
14 BRUCE G. FAGEL,                    )
                                      ) Adversary No. LA 01-01710 SB
15             Debtor.                )
   _____) ORDER DENYING DEFENDANTS' MOTION
16 RUBY   MORALES,  a   minor   and   ) FOR ORDER (1) ENFORCING STIPULATED
   incompetent, by  and  through  her ) ORDER; AND (2) REQUIRING PLAINTIFF AND
17 Guardian ad Litem, Denielle Morales,) HER TRANSFEREES TO DISGORGE "EXCESS
                                      ) PAYMENT" PURSUANT TO STIPULATED
18             Plaintiff,             ) ORDER
                                      )
19     vs.                            ) DATE:      June 26, 2007
                                      ) TIME:      11:00 a.m.
20 BRUCE G. FAGEL, a law corporation; ) ROOM:      1575
   and BRUCE G. FAGEL, individually,  ) JUDGE:     Hon. Samuel Bufford
21                                    ) LOCATION: 255 East Temple Street
               Defendants.           )           Los Angeles, CA 90021
22 _____)

23

24      The Motion of Bruce G. Fagel and Bruce G. Fagel a law corporation

25 ("Defendants") in Support of Motion of for Order (1) Enforcing Stipulated Order; and (2)

26 Requiring Plaintiff and Her Transferees to Disgorge "Excess Payment" Pursuant to

27 Stipulated Order (the "Motion") was heard at 11:00 a.m. on June 26, 2007, the

28 Honorable Samuel Bufford presiding.  Joseph A. Eisenberg, P.C.  of Jeffer, Mangels,

ORDER DENYING DEFENDANTS' MOTION FOR ORDER (1) ENFORCING STIPULATED ORDER; AND (2) REQUIRING PLAINTIFF AND
HER TRANSFEREES TO DISGORGE "EXCESS PAYMENT" PURSUANT TO STIPULATED ORDER
- 1 -

Exhibit A - 6

1 | Butler & Marmaro, LLP appeared on behalf of Bruce G. Fagel, a law corporation. Alan
2 | F. Broidy of the Law Offices of Alan F. Broidy, APC, appeared on behalf of Ruby
3 | Morales. Other appearances are set forth in the Court 's record.

4 |     At the hearing on the Motion, the Court made various findings, including, but not
5 | limited to, a finding that the pending appeal falls within the scope of the settlement. All
6 | of the findings of fact and conclusions of law made by the Court are incorporated herein
7 | by reference.

8 |     Based upon the Court's review of the records, pleadings, and papers on file
9 | herein, the statements of counsel, and for good cause shown,

10 | **IT IS HEREBY ORDERED** that Defendants' Motion ~~be, and the same~~ is, denied.

11 |

12 |

13 | DATED: **JUL 2 3 2007**

THE HONORABLE SAMUEL BUFFORD
UNITED STATES BANKRUPTCY JUDGE

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

ORDER DENYING DEFENDANTS' MOTION FOR ORDER (1) ENFORCING STIPULATED ORDER; AND (2) REQUIRING PLAINTIFF AND
HER TRANSFEREES TO DISGORGE "EXCESS PAYMENT" PURSUANT TO STIPULATED ORDER
- 2 -

Exhibit A - 7

*13*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, 17th Floor, Los Angeles, California 90067.

      On July 3, 2007, I served the foregoing documents described as: **ORDER DENYING DEFENDANTS' MOTION FOR ORDER (1) ENFORCING STIPULATED ORDER; AND (2) REQUIRING PLAINTIFF AND HER TRANSFEREES TO DISGORGE "EXCESS PAYMENT" PURSUANT TO STIPULATED ORDER** on interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

### SEE ATTACHED SERVICE LIST

  X    BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Services. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

_____    OVERNITE EXPRESS: I caused such envelope to be sent via Overnite Express from Los Angeles, California **(as indicated)**.

_____    EXPRESS MAIL: I caused such envelope to be sent via Express Mail from Los Angeles, California **(as indicated)**.

_____    VIA FACSIMILE: I caused such document to be sent via facsimile to the persons listed above and/or in the attached service list at Los Angeles, California.

_____    VIA MESSENGER: I caused such envelope to be delivered via messenger to the persons listed above and/or in the attached service list.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on July 3, 2007 at Los Angeles, California.

SHERRIE D. FUDGE

[07/03/7]

Exhibit A - 8

*14.*

1                                 **SERVICE LIST**

2   Re: In re: BRUCE G. FAGEL (MORALES, etc. v. FAGEL)
        USBC Case Nos.: LA-99-16480-SB and LA-99-15481-SB

3

4   <u>COUNSEL FOR APPELLEE, BRUCE G. FAGEL</u>

5   Joseph A. Eisenberg, P.C.
    Michael J. Gottfried, Esq.

6   Jeffer, Mangels, Butler & Marmaro, LLP
    1900 Avenue of the Stars, Seventh Floor

7   Los Angeles, CA 90067-5010

8   Richard Akemon, Esq
    Law Offices of Bruce G. Fagel & Associates

9   100 N. Crescent Drive, Ste. 360
    Beverly Hills, CA 90210

10

    Office of the U.S. Trustee

11   725 S. Figueroa St., 26th Floor
    Los Angeles, CA 90017

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[07/03/7]

                              2

                                         Exhibit A - 9

| Attorney or Party Name, Address, and Telephone Number | FOR COURT USE ONLY |
|---|---|
| Alan F Broidy, Esq. (SBN: 89430)<br>Law Offices of Alan F. Broidy<br>1925 Century Park East, 17th Floor<br>Los Angeles, CA 90067<br>Tel (310)286-6601/Fax (310)286-6610 | |

Attorney for: Ruby Morales

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
BRUCE G. FAGEL,

                                                    Debtor

RUBY MORALES, a minor and incompetent, by and through her
Guardian ad Litem, Denielle Morales,

                    Plaintiff(s).

vs

BRUCE G. FAGEL, a law corporation; and BRUCE G. FAGEL,
individually,

                    Respondent(s)/Defendant(s)

CHAPTER 11    CASE NO  LA-99-16480-SB
                                    LA-99-15481-SB

[ ] REFERENCE NUMBER
[X] ADVERSARY NUMBER  LA01-01710-SB

## NOTICE OF ENTRY JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1      You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled (specify): **ORDER
       DENYING DEFENDANTS' MOTION FOR ORDER (1) ENFORCING STIPULATED ORDER;
       AND (2) REQUIRING PLAINTIFF AND HER TRANSFEREES TO DISGORGE "EXCESS
       PAYMENT" PURSUANT TO STIPULATED ORDER** was entered on (specify date). 7/25/07

2.     I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment of the persons and entities on the attached service
       list on (specify date): 7/25/07

Dated 7/25/07                                                    **JON D. CERETTO**
                                                                Clerk of the Bankruptcy Court

                                                                by:  _____
                                                                        Deputy Clerk

*If a judgment is by default, a copy of the judgment must be attached to this notice.



Exhibit A - 10

/6

## SERVICE LIST

Re:  **In re: BRUCE G. FAGEL (MORALES, etc. v. FAGEL)**
     USBC Case Nos.: LA-99-16480-SB and LA-99-15481-SB

Joseph A. Eisenberg, P.C.
Michael J. Gottfried, Esq.
Jeffer, Mangels, Butler & Marmaro, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-5010

Richard Akemon, Esq.
Law Offices of Bruce G. Fagel & Associates
100 N. Crescent Drive, Ste. 360
Beverly Hills, CA 90210

Office of the U.S. Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Alan F. Broidy, Esq.
Law Offices of Alan F. Broidy, APC
1925 Century Park East, 17th Floor
Los Angeles, CA 90067

Exhibit A - 11

17

## PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is   1900 Avenue of the Stars, Seventh Floor, California, 90067

On July 31, 2007, I served the document(s) described as **Notice of Appeal of Order Denying Defendants' Motion for Order (1) Enforcing Stipulated Order; and (2) Requiring Plaintiff and Her Transferees to Disgorge "Excess Payment" Pursuant to Stipulated Order** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☒     (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing   Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

☐     (BY FAX) At _____.m., I transmitted, pursuant to Rules 2001 et seq , the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s).  The transmission originated from facsimile phone number 310.203.0567 and was reported as complete and without error.  The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐     (BY E-MAIL) I delivered such via email transmission to the addresses listed.

☐     (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

☐     (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s)

Executed on July 31, 2007 at Los Angeles, California.

☐     (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒     (FEDERAL)     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ANDREA KEIFER

3349240v1

*18*

SCANNED

/9

In re Bruce G. Fagel
Case No. LA99-16480 SB / LA99-16481 SB
Adv. LA 01-01710

## SERVICE LIST

Office of the United States Trustee
725 S. Figueroa Street
26th Floor
Los Angeles, CA 90017

Daniel U. Smith
Post Office Box 278
Kentfield, CA 94914

Attnys for Ruby Morales
David G Ronquillo
Manuel Corrales, Jr.
Ronquillo & Corrales, LLP
331 W. Fourth Avenue
Escondido, CA 92025

Attnys for Union Bank of CA
Charles R. Grebing
Wingert Grebing Brubaker & Goodwin LLP
One America Plaza, 7th Floor
600 West Broadway
San Diego, CA 92101-3370

Debtor:
Bruce G. Fagel
A Law Corporation
100 North Crescent Dr , Suite 360
Beverly Hills, CA 90210

Attnys for Ruby Morales
Alan F. Broidy
Law Offices of Alan F. Broidy
1925 Century Park East, 17th Floor
Los Angeles, CA 90067

Attnys for Ruby Morales
William G. Wilson, Esq.
Post Office Box 17704
Beverly Hills, CA 90209

Thomas S. Alch
Richard Akemon
Law Offices of Bruce G. Fagel
100 North Crescent Dr., Suite 360
Beverly Hills, CA 90210

Attnys For Ruby Morales
David G. Ronquillo
Manuel Corrales, Jr.
Ronquillo & Corrales LLP
3535 Fourth Avenue
San Diego, CA 92103

Robert and Denielle Morales
40128 Odessa Drive
Temecula, CA 92591-6165

20