ORIGINAL

ALAN F. BROIDY, State Bar #89430
LAW OFFICES OF ALAN F. BROIDY, APC
1925 Century Park East
Seventeenth Floor
Los Angeles, California 90067
Telephone: (310) 286-6601
Facsimile: (310) 286-6610

Attorneys for Appellant

LODGED
2007 NOV -1 PM 3:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BRUCE G. FAGEL, a law corporation,<br><br>Debtor.<br>___<br>In re<br><br>BRUCE G. FAGEL,<br><br>Debtor.<br>___<br>RUBY MORALES, a minor and incompetent, by and through her Guardian ad Litem, Denielle Morales,<br><br>Appellant,<br><br>vs.<br><br>BRUCE G. FAGEL, a law corporation; and BRUCE G. FAGEL, individually,<br><br>Appellees. | District Court Case No.: CV 07-2324-DDP<br><br>Bankruptcy Court Case Nos.:<br><br>BK. NO. LA-99-16480-SB<br>BK. NO. LA-99-16481-SB<br><br>Adversary Case No.:<br><br>ADV LA 01-01710-SB<br><br>**STIPULATION REGARDING AUGMENTING APPELLANT'S DESIGNATION OF RECORD; ORDER THEREON** |

Ruby Morales, a minor and incompetent, by and through her guardian ad litem Denielle Morales ("Appellant" ) and Bruce G Fagel, A Law Corporation and Bruce G. Fagel individually (collectively "Appellees" ), by and through their counsel of record, hereby file this Stipulation Regarding Augmenting Appellant's Designation of Record ("Stipulation to Augment") and state as follows:

 1. On or about December 7, 2006, Appellees filed Defendant's Amended Schedule of Damages ("Fagel's Schedule").

2. On or about December 22, 2006, Appellees filed the Objection of Bruce G. Fagel and Bruce G. Fagel A Law Corporation to Plaintiff Ruby Morales' Schedule of Damages for Computation of Judgment and Proposed Judgment ("Objection").

3. Neither Fagel's Schedule nor the Objection was docketed on PACER, and consequently, Appellees did not include either Fagel's Schedule or the Objection in their designation of record.

4. Subsequent to the filing of Appellant's Designation of Record, on or about August 14, 2007, the bankruptcy court entered the Order re Motion for Entry of Costs (the "Cost Order").

5. At the hearing on August 31, 2006, the bankruptcy court admitted into evidence certain deposition transcripts, which transcripts were not specifically identified in Appellant's Designation of Record.

6. In order to have a complete record on appeal, Appellant and Appellees agree that Appellant's Designation of Record should be augmented to include the following documents:

A. Fagel's Schedule;

A. Appellee's Objection;

B. Cost Order;

C. Deposition transcript of Cary Mack dated September 25, 2001;

D. Deposition transcript of Cary Mack dated December 11, 2003; and

E. Deposition transcript of Dr. Peter Formouzis dated March 5, 2001.

7. This Stipulation to Augment may be executed in counterparts, all of which will be deemed to be one instrument.

///

///

///

///

///

10/31/2007 09:37 3107815656 LAW OE BRUCE G FAGEL PAGE 02/02

8. This Stipulation is executed as of October 30, 2007.

**AGREED TO AND ACCEPTED:**

**LAW OFFICES OF ALAN F. BROIDY, APC**

By: [signature]
ALAN F. BROIDY
Attorneys for Appellant

**LAW OFFICES OF BRUCE G. FAGEL, A LAW CORPORATION**

By: [signature]
RICHARD AKEMON
Attorneys for Appellees

* * * * * * * * *

**ORDER**

**IT IS SO ORDERED.**

11-9-07

[signature]
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING AUGMENTING APPELLANT'S DESIGNATION OF RECORD

- 3 -

8. This Stipulation is executed as of October 30, 2007.

**AGREED TO AND ACCEPTED:**

**LAW OFFICES OF ALAN F. BROIDY, APC**

By:____________________________
ALAN F. BROIDY
Attorneys for Appellant

**LAW OFFICES OF BRUCE G. FAGEL, A LAW CORPORATION**

By: ____________________________
RICHARD AKEMON
Attorneys for Appellees

* * * * * * * * *

**ORDER**

**IT IS SO ORDERED.**

____________________________
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, 17th Floor, Los Angeles, California 90067.

On October 31, 2007, I served the foregoing documents described as: **STIPULATION REGARDING AUGMENTING APPELLANT'S DESIGNATION OF RECORD; ORDER THEREON** on interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

_X_ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Services. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

___ OVERNITE EXPRESS: I caused such envelope to be sent via Overnite Express from Los Angeles, California **(as indicated)**.

___ EXPRESS MAIL: I caused such envelope to be sent via Express Mail from Los Angeles, California **(as indicated)**.

___ VIA FACSIMILE: I caused such document to be sent via facsimile to the persons listed above and/or in the attached service list at Los Angeles, California.

___ VIA MESSENGER: I caused such envelope to be delivered via messenger to the persons listed above and/or in the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2007 at Los Angeles, California.

SHERRIE D. FUDGE

**SERVICE LIST**

**Re: *In re: BRUCE G. FAGEL (MORALES, etc. v. FAGEL)***

**<u>COUNSEL FOR APPELLEE, BRUCE G. FAGEL, A LAW CORPORATION</u>**
Joseph A. Eisenberg, P.C.
Jeffer, Mangels, Butler & Marmaro, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-5010

**<u>COUNSEL FOR BOTH APPELLEES</u>**
Richard Akemon, Esq.
Law Offices of Bruce G. Fagel & Associates
100 N. Crescent Drive, Ste. 360
Beverly Hills, CA 90210

Daniel V. Smith, Esq.
P.O. Box 278
Kentfield, CA 94914