O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BRUCE G. FAGEL, Debtor | **Case No. CV 07-02324 DDP** |
| IN RE BRUCE G. FABEL, A Law Corporation, Debtor | **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO ENFORCE STIPULATED ORDER** |
| RUBY MORALES, a minor and incompetent, by and through her guardian ad Litem, Denielle Morales, | **[Docket No. 53]** |
| Plaintiff, | Case in other court: 9TH CCA, 10-56134 USBC Central District of California at Los Angeles, AD 01-01710 SB BAP, CC-07-01095 |
| v. | |
| Bruce G. Fagel, A Law Corporaton; and Bruce G. Fagel, individually, | USBC Central District of California at Los Angeles, LA 99-16480 SB USBC Central District of California at Los Angeles, LA 99-16481 SB |
| Defendants. | Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP) |

cc: US Bankruptcy Court

cc: US Trustee's Office

Presently before the court is the Motion of Defendants for Order (1) Enforcing Stipulated Order and (2) Requiring Plaintiff and Her Transferees to Disgorge "Excess Payment" Pursuant to Stipulated Order ("Motion").  Having reviewed the parties' moving papers, the court denies the Motion without prejudice, and adopts the following Order.

The parties to this bankruptcy appeal entered into a Stipulated Order before the Bankruptcy Court in the underlying bankruptcy case, on May 1, 2002.  Relevant here, the Stipulated Order provides that the "[Bankruptcy] Court shall retain jurisdiction to enforce the terms of this Stipulation."  (Mot., Ex. C at 47 ¶ L.)

Accordingly, the court finds that Defendants must first file their Motion to enforce the Stipulated Order with the Bankruptcy Court.  The court therefore DENIES Defendants' Motion without prejudice to Defendants filing their Motion with the Bankruptcy Court.

IT IS SO ORDERED.

Dated: August 24, 2012

DEAN D. PREGERSON
United States District Judge